MICHAEL E. WALL (Cal. Bar #170238)
Natural Resources Defense Council, Inc.
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Tel: 415.875.6100; Fax: 415.875.6161
mwall@nrdc.org
Attorneys for Plaintiffs

JAN HASSELMAN (Wash. Bar #29107), Admitted *Pro Hac Vice*
PATTI GOLDMAN (Wash. Bar #24426), Admitted *Pro Hac Vice*
Earthjustice
705 Second Avenue, Suite 203
Seattle, Washington 98104
Tel: 206.343.7340; Fax: 206.343.1526
jhasselman@earthjustice.org; pgoldman@earthjustice.org
Attorneys for Plaintiffs PANNA and PCUN

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA; SAN FRANCISCO BAY AREA PHYSICIANS FOR SOCIAL RESPONSIBILITY; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and STEPHEN L. JOHNSON, Administrator of the United States Environmental Protection Agency, <br><br> Defendants. | Case No. C. 06-01366 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING STAY OF LITIGATION** <br><br> Administrative Procedure Act Case |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the plaintiffs filed the Complaint in this action on February 23, 2006; and

WHEREAS, the Complaint challenges the final rule of the U.S. Environmental Protection Agency ("EPA") entitled *Protections for Subjects in Human Research*, 71 Fed. Reg. 6138 (Feb. 6, 2006) ("Human Testing Rule"); and

WHEREAS, the Human Testing Rule cites six different sources of statutory authority for its promulgation:  (1) section 201 of the Department of the Interior, Environment, and Related Agencies Appropriations Act, 2006, Public Law No. 109–54 ("Appropriations Act"); sections 3(a) & 25(a) of the Federal Insecticide, Fungicide, and Rodenticide Act ("FIFRA"), 7 U.S.C. §§ 136a(a) and 136w(a); section 408(e)(1)(C) of the Federal Food, Drug, and Cosmetic Act ("FFDCA"), 21 U.S.C. §  346a(e)(1)(C); 5 U.S.C. § 301; and 42 U.S.C. § 300v-1(b); and

WHEREAS, section 16(a) of FIFRA, 7 U.S.C. § 136n(a) provides that certain final actions of the Administrator under FIFRA are judicially reviewable in the United States District Courts, as further specified in that section; and

WHEREAS, section 408(h)(1) of the FFDCA provides for certain regulations promulgated under the FFDCA to be reviewed in the United States Courts of Appeals, as further specified in that section; and

WHEREAS, no Court has yet determined whether original subject matter jurisdiction over challenges to the Human Testing Rule properly lies in the District Courts, the Courts of Appeals, or both; and

WHEREAS, the plaintiffs have therefore also filed petitions for review challenging the Human Testing Rule in the Second and Ninth Circuits, where they are respectively headquartered; and

WHEREAS, petitions for review challenging the Human Testing Rule have been filed by other parties in the Fifth, Sixth, and District of Columbia Circuits; and

WHEREAS, pursuant to 28 U.S.C. § 2112(a)(3) & (5) and a March 21, 2006, consolidation order of the Judicial Panel on Multidistrict Litigation, the petitions for review filed

in the Fifth, Sixth, Ninth and District of Columbia Circuits will be transferred to and consolidated in the Second Circuit; and

WHEREAS, defendants U.S. Environmental Protection Agency and its Administrator, Stephen L. Johnson, do not dispute that the Second Circuit properly has original subject matter jurisdiction over the petitions for review filed by the plaintiffs in the Second and Ninth Circuits, which have been ordered consolidated in the Second Circuit; and

WHEREAS, plaintiffs filed their complaint in this case as a protective matter, pending a ruling that the Court of Appeals properly has original subject matter jurisdiction over their petitions for review; and

WHEREAS, the parties have agreed that it is appropriate to stay this district court litigation until such time as the Court of Appeals determines that it does not have original subject matter jurisdiction over plaintiffs' petitions for review challenging the Human Testing Rule or otherwise finally resolves those petitions;

//

THEREFORE, it is hereby ORDERED, that all proceedings in this case are STAYED pending further order of this COURT; and

~~It is further ORDERED that the parties shall promptly inform this Court should the Court of Appeals determine that it does not have original subject matter jurisdiction over plaintiffs' petitions for review challenging the Human Testing Rule or those petitions for review are otherwise finally resolved.~~

It is further ORDERED that the parties shall file, no later than November 1, 2006, and every six months thereafter, a joint status report apprising the Court of the status of the petitions for review.

//
//
// Dated: May 3, 2006
//
//

_____
UNITED STATES DISTRICT JUDGE

2

|   |   |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | NATURAL RESOURCES DEFENSE COUNCIL, INC. |

Dated: May 1, 2006_____        By: /s/_____
                                                    MICHAEL E. WALL (Cal. Bar #170238)
                                                    Natural Resources Defense Council, Inc.
                                                    111 Sutter Street, 20th Floor
                                                    San Francisco, CA  94104
                                                    Attorneys for Plaintiffs

                                                    EARTHJUSTICE
                                                    JAN HASSELMAN (Wash. Bar #29107),
                                                            Admitted *Pro Hac Vice*
                                                    PATTI GOLDMAN (Wash Bar. #24426),
                                                            Admitted *Pro Hac Vice*
                                                    705 Second Avenue, Suite 203
                                                    Seattle, Washington 98104
                                                    Tel: 206.343.7340; Fax: 206.343.1526
                                                    jhasselman@earthjustice.org; pgoldman@earthjustice.org
                                                    Attorneys for Plaintiffs PANNA and PCUN


                                                    KEVIN V. RYAN (SBN 118321)
                                                    United States Attorney
                                                    JOANN M. SWANSON (SBN 88143)
                                                    Chief, Civil Division

Dated: May 1, 2006_____        By:  /s/_____
                                                    JAMES A. CODA (SBN 1012669 (WI))
                                                    Assistant United States Attorney
                                                    Environment & Natural Resources Unit
                                                    450 Golden Gate Avenue, Box 36055
                                                    San Francisco, California 94102
                                                    Telephone No: (415) 436-6967
                                                    Facsimile No:  (415) 436-6748
                                                    E-mail:  james.coda@usdoj.gov
                                                    Attorneys for Federal Defendants

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

~~Dated:~~_____              _____
                                                    ~~HON. MAXINE M. CHESNEY~~

3

_____
STIPULATION AND [PROPOSED] ORDER GRANTING STAY OF LITIGATION
Case No. C. 06-01366 MMC